**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHMOND REDEVELOPMENT
AGENCY,

    Plaintiff,

    v.

PETROMARK, INC., et al.,

    Defendants.
_____

AND RELATED ACTIONS
_____/

No. C 02-1417 PJH

**ORDER DENYING THE MOTION OF DEFENDANT AND CROSS-DEFENDANT UNITED STATES OF AMERICA FOR JUDGMENT ON THE PLEADINGS**

On May 11, 2005, the court heard argument in the motion of defendant and cross-defendant United States of America for judgment on the pleadings on the cross-claims asserted against the United States in defendant and cross-complainant Ashland Oil Company's Second Amended Cross-Claim. Having read the parties' papers and carefully considered their arguments and the relevant legal authority, and good cause appearing, the court hereby DENIES the motion for the reasons stated at the hearing.

**IT IS SO ORDERED.**

Dated: May 11, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge

2