FILED

OCT 2 4 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ROBERT P. DOTY (STATE BAR NO. 148069)
STUART I. BLOCK (STATE BAR NO. 160688)
PETER M. MORRISETTE (STATE BAR NO. 209190)
COX, CASTLE & NICHOLSON LLP
555 Montgomery Street, 15th Floor
San Francisco, CA 94111-2585
Telephone: (415) 392-4200
Facsimile: (415) 392-4250

Attorneys for Plaintiff
RICHMOND REDEVELOPMENT AGENCY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHMOND REDEVELOPMENT AGENCY,<br><br>Plaintiff,<br><br>vs.<br><br>PETROMARK, INC., a California corporation; GEORGE E. KOPPEL, individually; GROSVENOR E. BRYANT, individually; ATLANTIC RICHFIELD COMPANY, a Delaware corporation; ASHLAND, INC., a Kentucky corporation; TIME OIL CO., a Washington corporation; HONEYWELL INTERNATIONAL INC., a Delaware corporation; and CONOCOPHILLIPS COMPANY, a Delaware corporation; THE UNITED STATES OF AMERICA; CHEVRONTEXACO CORPORATION, a Delaware corporation; and BRIDGESTONE/FIRESTONE NORTH AMERICAN TIRE, LLC, a Tennessee limited liability company,<br><br>Defendants. | Case No. C02-1417 PJH<br><br>STIPULATION FOR DISMISSAL OF ALL CLAIMS, CROSS CLAIMS, COUNTER CLAIMS AND THIRD PARTY CLAIMS AND ORDER |

IT IS HEREBY STIPULATED by and between the parties of this action through their designated counsel that the entire above captioned action (including all claims, counter claims, cross claims and third party claims) be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1). All parties shall bear their own attorney's fees, expert fees and costs, except as may otherwise be set

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
SAN FRANCISCO

36353\56819v2                    - 1 -                    STIPULATION FOR DISMISSAL
                                                           C02-1417 PJH

forth in various settlement agreements among the parties and as set forth below. Ashland shall forthwith file a request for dismissal with prejudice of its Ninth Circuit appeal relating to this action. Notwithstanding such dismissal, the Court shall retain jurisdiction over the parties who have entered into settlement memoranda and/or settlement agreements in this matter (collectively 'Settlement Agreements') and over the subject matter of this action, for purposes of enforcing the Settlement Agreements.

Also, nothing in this Stipulation alters the respective rights, if any, of ConocoPhillips Company and Honeywell International, Inc. under the Settlement Agreement in the above-captioned action solely as against each other with respect to the apportionment between them of (i) the $140,000 settlement sum paid by them to the Plaintiff pursuant to the Settlement Agreement or (ii) fees and costs paid by them in connection with the above-captioned action.

\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
SAN FRANCISCO

36353\56819v2

- 2 -

STIPULATION FOR DISMISSAL
C02-1417 PJH

| | | |
|---|---|---|
| 1 | DATED: ~~August~~ Sept. 21, 2005 | COX, CASTLE & NICHOLSON LLP |
| 2 | | |
| 3 | | By: /s/ Robert P. Doty |
| 4 | | Robert P. Doty<br>Attorneys for Richmond Redevelopment Agency |
| 5 | DATED: ~~August~~ Sept. 21, 2005 | |
| 6 | | COX, CASTLE & NICHOLSON LLP |
| 7 | | |
| 8 | | By: /s/ Robert P. Doty |
| 9 | | Robert P. Doty<br>Attorneys for City of Richmond |
| 10 | DATED: August ____, 2005 | McDERMOTT, WILL & EMERY LLP |
| 11 | | |
| 12 | | By: _____ |
| 13 | | Mary Ellen Hogan<br>Attorneys for Ashland, Inc. |
| 14 | | |
| 15 | DATED: August ____, 2005 | WALSWORTH, FRANKLIN, BEVINS & McCALL |
| 16 | | |
| 17 | | By: _____ |
| 18 | | Andrew Nelson<br>Attorneys for Petromark, Inc. and George E. Koppel |
| 19 | | |
| 20 | DATED: August ____, 2005 | DLA PIPER RUDNICK GRAY CARY LLP |
| 21 | | |
| 22 | | By: _____ |
| 23 | | Matthew S. Covington<br>Attorneys for Atlantic Richfield Company |

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
SAN FRANCISCO

36353\56819v2

- 3 -

STIPULATION FOR DISMISSAL
C02-1417 PJH

```
 1  DATED: August ____, 2005           COX, CASTLE & NICHOLSON LLP
 2
 3                                     By: _____
                                           Robert P. Doty
 4                                         Attorneys for Richmond Redevelopment Agency
 5
    DATED: August ____, 2005           COX, CASTLE & NICHOLSON LLP
 6
 7
                                       By: _____
 8                                         Robert P. Doty
                                           Attorneys for City of Richmond
 9
10  DATED: August 25, 2005             McDERMOTT, WILL & EMERY LLP
11
12                                     By: _____
                                           Mary Ellen Hogan  Matt Oster
13                                         Attorneys for Ashland, Inc.
14
    DATED: August ____, 2005           WALSWORTH, FRANKLIN, BEVINS & McCALL
15
16
                                       By: _____
17                                         Andrew Nelson
                                           Attorneys for Petromark, Inc. and George E.
18                                         Koppel
19
    DATED: August ____, 2005           DLA PIPER RUDNICK GRAY CARY LLP
20
21
                                       By: _____
22                                         Matthew S. Covington
                                           Attorneys for Atlantic Richfield Company
23
24
25
26
27
28
```

| | | |
|---|---|---|
| 1 | DATED: August ____, 2005 | COX, CASTLE & NICHOLSON LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Robert P. Doty<br>Attorneys for Richmond Redevelopment Agency |
| 5 | | |
| 6 | DATED: August ____, 2005 | COX, CASTLE & NICHOLSON LLP |
| 7 | | |
| 8 | | By: _____<br>Robert P. Doty |
| 9 | | Attorneys for City of Richmond |
| 10 | DATED: August ____, 2005 | McDERMOTT, WILL & EMERY LLP |
| 11 | | |
| 12 | | By: _____ |
| 13 | | Mary Ellen Hogan<br>Attorneys for Ashland, Inc. |
| 14 | | |
| 15 | DATED: ~~August~~ SEPTEMBER 21, 2005 | WALSWORTH, FRANKLIN, BEVINS & McCALL |
| 16 | | |
| 17 | | By: /s/ Andrew Nelson |
| 18 | | Andrew Nelson<br>Attorneys for Petromark, Inc. and George E. Koppel |
| 19 | | |
| 20 | DATED: August ____, 2005 | DLA PIPER RUDNICK GRAY CARY LLP |
| 21 | | |
| 22 | | By: _____ |
| 23 | | Matthew S. Covington<br>Attorneys for Atlantic Richfield Company |

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
SAN FRANCISCO

36353\56819v2

- 3 -

STIPULATION FOR DISMISSAL
C02-1417 PJH

```
 1 | DATED: August _____, 2005            COX, CASTLE & NICHOLSON LLP
 2 |
 3 |                                      By: _____
 4 |                                          Robert P. Doty
   |                                          Attorneys for Richmond Redevelopment Agency
 5 |
 6 | DATED: August _____, 2005            COX, CASTLE & NICHOLSON LLP
 7 |
 8 |                                      By: _____
   |                                          Robert P. Doty
 9 |                                          Attorneys for City of Richmond
10 | DATED: August _____, 2005            McDERMOTT, WILL & EMERY LLP
11 |
12 |                                      By: _____
13 |                                          Mary Ellen Hogan
   |                                          Attorneys for Ashland, Inc.
14 |
15 | DATED: August _____, 2005            WALSWORTH, FRANKLIN, BEVINS & McCALL
16 |
17 |                                      By: _____
   |                                          Andrew Nelson
18 |                                          Attorneys for Petromark, Inc. and George E.
   |                                          Koppel
19 |
20 | DATED: August  2 , 2005              DLA PIPER RUDNICK GRAY CARY LLP
21 |
22 |                                      By: _____
   |                                          Matthew S. Covington
23 |                                          Attorneys for Atlantic Richfield Company
```

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
SAN FRANCISCO

36253\56819v2                          - 3 -                    STIPULATION FOR DISMISSAL
                                                                C02-1417 PJH

| | | |
|---|---|---|
| 1 | DATED: August 8, 2005 | O'DONNELL SHAEFFER MORTIMER LLP |
| 2 | | |
| 3 | | By: *Belynda* (signature) |
| 4 | | Belynda B. Reck<br>Attorneys for ConocoPhillips Company |
| 5 | DATED: August ___, 2005 | ARNOLD & PORTER LLP |
| 6 | | |
| 7 | | By: _____ |
| 8 | | Jeffrey Bromme<br>Attorneys for Honeywell International, Inc. |
| 9 | | |
| 10 | DATED: August ___, 2005 | WACTOR & WICK LLP |
| 11 | | |
| 12 | | By: _____ |
| 13 | | William D. Wick<br>Attorneys for Bridgestone/Firestone North American Tire LLC |
| 14 | | |
| 15 | DATED: August ___, 2005 | BARG COFFIN LEWIS & TRAPP LLP |
| 16 | | |
| 17 | | By: _____ |
| 18 | | Richard C. Coffin<br>Attorneys for Grosvenor E. Bryant |
| 19 | | |
| 20 | DATED: August ___, 2005 | DOWNEY BRAND LLP |
| 21 | | |
| 22 | | By: _____ |
| 23 | | Robert P. Soran<br>Attorneys for Time Oil Co. |

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
SAN FRANCISCO

36353\56819v2

- 4 -

STIPULATION FOR DISMISSAL
C02-1417 PJH

| | | |
|---|---|---|
| 1 | DATED: August _____, 2005 | O'DONNELL SHAEFFER MORTIMER LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Belynda B. Reck<br>Attorneys for ConocoPhillips Company |
| 5 | DATED: August 15, 2005 | ARNOLD & PORTER LLP |
| 6 | | |
| 7 | | By: _____ |
| 8 | | Jeffrey Bromme<br>Attorneys for Honeywell International, Inc. |
| 9 | | |
| 10 | DATED: August _____, 2005 | WACTOR & WICK LLP |
| 11 | | |
| 12 | | By: _____ |
| 13 | | William D. Wick<br>Attorneys for Bridgestone/Firestone North<br>American Tire LLC |
| 14 | | |
| 15 | DATED: August _____, 2005 | BARG COFFIN LEWIS & TRAPP LLP |
| 16 | | |
| 17 | | By: _____ |
| 18 | | Richard C. Coffin<br>Attorneys for Grosvenor E. Bryant |
| 19 | | |
| 20 | DATED: August _____, 2005 | DOWNEY BRAND LLP |
| 21 | | |
| 22 | | By: _____ |
| 23 | | Robert P. Soran<br>Attorneys for Time Oil Co. |

| | | |
|---|---|---|
| 1 | DATED: August _____, 2005 | O'DONNELL SHAEFFER MORTIMER LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Belynda B. Reck<br>Attorneys for ConocoPhillips Company |
| 5 | | |
| 6 | DATED: August _____, 2005 | ARNOLD & PORTER LLP |
| 7 | | |
| 8 | | By: _____ |
| 9 | | Jeffrey Bromme<br>Attorneys for Honeywell International, Inc. |
| 10 | DATED: August 2, 2005 | WACTOR & WICK LLP |
| 11 | | |
| 12 | | By: /s/ William D. Wick |
| 13 | | William D. Wick<br>Attorneys for Bridgestone/Firestone North American Tire LLC |
| 14 | | |
| 15 | DATED: August _____, 2005 | BARG COFFIN LEWIS & TRAPP LLP |
| 16 | | |
| 17 | | By: _____ |
| 18 | | Richard C. Coffin<br>Attorneys for Grosvenor E. Bryant |
| 19 | | |
| 20 | DATED: August _____, 2005 | DOWNEY BRAND LLP |
| 21 | | |
| 22 | | By: _____ |
| 23 | | Robert P. Soran<br>Attorneys for Time Oil Co. |

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
SAN FRANCISCO

36353\56819v2   - 0 -   STIPULATION FOR DISMISSAL
C02-1417 PJH

| | | |
|---|---|---|
| 1 | DATED: August ___, 2005 | O'DONNELL SHAEFFER MORTIMER LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Belynda B. Reck<br>Attorneys for ConocoPhillips Company |
| 5 | DATED: August ___, 2005 | ARNOLD & PORTER LLP |
| 6 | | |
| 7 | | |
| 8 | | By: _____<br>Jeffrey Bromme |
| 9 | | Attorneys for Honeywell International, Inc. |
| 10 | DATED: August ___, 2005 | WACTOR & WICK LLP |
| 11 | | |
| 12 | | By: _____ |
| 13 | | William D. Wick<br>Attorneys for Bridgestone/Firestone North<br>American Tire LLC |
| 14 | | |
| 15 | DATED: August _3_, 2005 | BARG COFFIN LEWIS & TRAPP LLP |
| 16 | | |
| 17 | | By: __/s/ Hyatt for_____ |
| 18 | | Richard C. Coffin<br>Attorneys for Grosvenor E. Bryant |
| 19 | | |
| 20 | DATED: August ___, 2005 | DOWNEY BRAND LLP |
| 21 | | |
| 22 | | By: _____ |
| 23 | | Robert P. Soran<br>Attorneys for Time Oil Co. |

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
SAN FRANCISCO

36353\56819v2                    - 4 -                    STIPULATION FOR DISMISSAL
                                                                    C02-1417 PJH

| | | |
|---|---|---|
| 1 | DATED: August _____, 2005 | O'DONNELL SHAEFFER MORTIMER LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | |     Belynda B. Reck<br>    Attorneys for ConocoPhillips Company |
| 5 | DATED: August _____, 2005 | ARNOLD & PORTER LLP |
| 6 | | |
| 7 | | By: _____ |
| 8 | |     Jeffrey Bromme<br>    Attorneys for Honeywell International, Inc. |
| 9 | | |
| 10 | DATED: August _____, 2005 | WACTOR & WICK LLP |
| 11 | | |
| 12 | | By: _____ |
| 13 | |     William D. Wick<br>    Attorneys for Bridgestone/Firestone North<br>    American Tire LLC |
| 14 | | |
| 15 | DATED: August _____, 2005 | BARG COFFIN LEWIS & TRAPP LLP |
| 16 | | |
| 17 | | By: _____ |
| 18 | |     Richard C. Coffin<br>    Attorneys for Grosvenor E. Bryant |
| 19 | | |
| 20 | DATED: August 2, 2005 | DOWNEY BRAND LLP |
| 21 | | |
| 22 | | By: _____/s/ C Reyes for_____ |
| 23 | |     Robert P. Soran<br>    Attorneys for Time Oil Co. |

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
SAN FRANCISCO

36353\56819v2

- 4 -

STIPULATION FOR DISMISSAL
C02-1417 PJH

| | | |
|---|---|---|
| 1 | DATED: August 2nd, 2005 | U.S. DEPARTMENT OF JUSTICE |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Michael B. Heister<br>Attorneys for The United States of America |
| 5 | | |
| 6 | DATED: August ____, 2005____ | GLYNN & FINELY, LLP |
| 7 | | |
| 8 | | By: _____ |
| 9 | | Andrew T. Mortl<br>Attorneys for Texaco Downstream Properties, Inc. sued erroneously as ChevronTexaco Corporation |

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
SAN FRANCISCO

36353\56819v2

- 0 -

STIPULATION FOR DISMISSAL
C02-1417 PJH

| | | |
|---|---|---|
| 1 | DATED: August _____, 2005 | U.S. DEPARTMENT OF JUSTICE |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Michael B. Heister<br>Attorneys for The United States of America |
| 5 | | |
| 6 | DATED: August 2, 2005 | GLYNN & FINLEY, LLP |
| 7 | | |
| 8 | | By: _____<br>Andrew T. Mortl |
| 9 | | Attorneys for Texaco Downstream Properties, Inc.<br>sued erroneously as ChevronTexaco Corporation |

**GRANTED**

_____
Phyllis J. Hamilton
United States District Judge

Date  10/24/05

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
SAN FRANCISCO

36353\56819v2

- 0 -

STIPULATION FOR DISMISSAL
C02-1417 PJH